IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 2:06-cr-255 |
| | ) Judge Thomas M. Hardiman |
| RICHARD WOODWARD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 25th day of January, 2007, upon due consideration of Defendant's Motion to Suppress (Doc. No. 25) and Motion to Dismiss Indictment (Doc. No. 26), the Government's responses thereto (Doc. No. 29), a hearing having been held this day, for the reasons stated on the record, it is hereby

ORDERED that said motions are DENIED.

BY THE COURT:

_____
Thomas M. Hardiman
United States District Judge